# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| LEE E. DAVIS, JR. | : | NO. 09-343 |

## O R D E R

**AND NOW**, this 16th day of March, 2012, upon consideration of the Government's Motion to Revoke Bail (Document No. 143, filed March 5, 2012), and Defendant's Response in Opposition to Government's Motion to Revoke Bail (Document No. 148, filed March 12, 2012), after an Evidentiary Hearing and argument of counsel for the Government and the defendant on March 14, 2012, for the reasons set forth in the Memorandum dated March 16, 2012, **IT IS ORDERED** that the Government's Motion to Revoke Bail is **GRANTED**.[1]  Execution of this Order is **STAYED** until March 22, 2012.  There being no objection from the government, defendant shall **SELF-SURRENDER** at the Office of the United States Marshal, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on or before 2:00 P.M., on Thursday, March 22, 2012.

Pursuant to 18 U.S.C. § 3148(b)(1), the Court **FINDS** that there is (a) probable cause to believe that defendant has committed a federal, state or local crime while on release; and, (b) clear and convincing evidence that defendant has violated other conditions of release, including the prohibition against contacting potential witnesses.

Pursuant to 18 U.S.C. § 3148(b)(2)(B), the Court **FURTHER FINDS** that defendant is

---

[1] The Court issued an oral Order at the conclusion of the March 14, 2012, hearing revoking defendant's bail pursuant to 18 U.S.C. § 3148(b).

unlikely to abide by any condition or combination of conditions of release.

**IT IS FURTHER ORDERED** as follows:

1. The defendant is committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant shall be afforded reasonable opportunity for private consultation with counsel; and,

3. On order of a Court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of appearances in connection with court proceedings.

**BY THE COURT:**

\_\_\_/s/ Hon. Jan E. DuBois_____
JAN E. DUBOIS, J.